UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00152 |
| | ) | JUDGE CAMPBELL |
| TINA MARIE CORRY | ) | |

## ORDER

Pursuant to intercircuit assignment, this case is transferred to the Honorable Marvin E. Aspen, Senior Judge of the United States District Court for the Northern District of Illinois for all purposes.

Judge Aspen will hold a status conference on May 5, 2014, at 9:00 a.m. The jury trial set for December 16, 2014 at 9:00 a.m. will be held in Courtroom 783. The Pretrial Conference and/or change of plea date remains set for December 1, 2014, at 11:00 a.m. but may be rescheduled by Judge Aspen. The status conference set for September 12, 2014, at 1:00 p.m. is cancelled.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE