UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | 3:13 CR 00152-1 |
| TINA MARIE CORRY, | ) | Judge Marvin E. Aspen |
| | ) | |
| Defendant. | ) | |

**ORDER**

As indicated in the reassignment order entered on March 18, 2014, I have accepted reassignment of this case for trial in Nashville. The pretrial status conference currently set for May 5, 2014 is hereby stricken.

A preliminary pretrial conference will be held on Wednesday, April 30, 2014 at 9:30 a.m. This order does not affect other pretrial dates, or the December 16, 2014 trial date.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:     Chicago, Illinois
           April 11, 2014