UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 3:13 CR 00152-1 |
| TINA MARIE CORRY, | ) Judge Marvin E. Aspen |
| | ) |
| Defendant. | ) |

**ORDER**

We have reviewed the Government's April 24, 2014 motion, requesting continuance of the April 30, 2014 pretrial conference (Dkt. No. 21). The motion is hereby granted.

A preliminary pretrial conference will be held on Friday, May 16, 2014 at 9 a.m. This order does not affect other pretrial dates, or the December 16, 2014 trial date.

SO ORDERED:

Marvin E. Aspen
United States District Judge

Dated: Chicago, Illinois
April 25, 2014