UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:13 CR 00152-1 |
| TINA MARIE CORRY, | ) | Judge Marvin E. Aspen |
| | ) | |
| Defendant. | ) | |

**ORDER**

We received Defendant's April 29, 2014 motion to continue the pretrial conference currently scheduled for May 16, 2014. (Dkt. No. 23.) That motion is hereby granted.

A pretrial conference will be held on September 3, 2014 at 9:00 a.m. Trial remains set for December 16, 2014.

In preparation for trial, the parties shall submit certain pretrial materials on or before August 29, 2014. By that date, the parties shall submit: (1) proposed voir dire questions; (2) proposed jury instructions, including an instruction on the defense theory of the case if desired; and (3) a joint statement of the nature of the case (not to exceed one page) to be read to the prospective jurors by the Court at voir dire. If the parties cannot agree on the joint statement of the nature of the case, separate statements may be filed and served by August 29, 2014. Written grounds for objections to any voir dire questions and/or jury instructions shall be filed and served on or before September 12, 2014.

In addition, the parties shall file exhibit and witness lists, identifying all evidence they intend to introduce, on September 19, 2014. The parties at that time shall file: (1) any stipulations of fact or law; (2) any stipulations regarding the admissibility of potential exhibits or witness testimony; and (3) a brief stipulation or statement of the qualifications of any expected

expert witness, in such a form that could be read to the jury.

Motions in limine shall be filed on or by September 26, 2014, with responses due October 3, 2014.

On November 7, 2014, the parties shall file a joint proposed verdict form and shall inform the Court of the preferred number of alternate jurors. If the parties cannot agree on a joint verdict form, separate forms shall be filed and served on or before November 7, 2014.

The parties should also consider whether the forfeiture allegation will be contested in the event that a guilty verdict is returned. If so, the parties shall advise whether they wish the Court or the jury to address any forfeiture questions, including the forfeitability of any specific property. If either party desires the jury to determine forfeiture, the Government shall submit any necessary forfeiture jury instructions, as well as a special forfeiture verdict form. This information and proposed materials shall be submitted by November 7, 2014. Defendant may file any objections to the forfeiture instructions or special verdict form on or by November 14, 2014.

All of the above filings should be filed electronically via CM/ECF. On the date of these filings, the parties shall also fax a copy thereof to the Court's chambers (312-554-8515). In the unlikely event that the filings would generate a fax exceeding 40 pages in length, the parties shall simply fax a notice to chambers indicating that the filings were submitted via CM/ECF as instructed.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:    Chicago, Illinois
          May 7, 2014