**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:13 CR 00152–1 |
| | ) | Hon. Marvin E. Aspen |
| TINA MARIE CORRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

MARVIN E. ASPEN, District Judge:

Defendant Tina Marie Corry has filed a pro se motion for change of sentence of incarceration. (Dkt. No. 63.) We entered an Order on September 20, 2017 taking the motion under advisement and requesting clarification as to whether Defendant continues to be represented by counsel. (Dkt. No. 64.) Thereafter, Defendant's attorney of record moved to withdraw as counsel. (Dkt. No. 65.) The motion to withdraw as counsel is hereby granted. The government shall respond to Defendant's pro se motion on or before October 13, 2017. Defendant may file a reply in support of her motion on or before October 23, 2017. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: September 22, 2017
        Chicago, Illinois